UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/05/2021
```

IMMIGRANT DEFENSE PROJECT and CENTER FOR CONSTITUTIONAL RIGHTS,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

        Defendants.

No. 20-CV-10625 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's conference, no later than April 1, 2021, Defendants shall (1) reprocess the First Interim release to determine whether there is any additional segregable, non-exempt material that may be released to Plaintiffs; and (2) conduct the additional Homeland Security Investigations (HSI) search mentioned at the conference. The parties shall then meet and confer and, no later than April 8, 2021, file a joint letter proposing next steps in this litigation, including a schedule for additional productions.

SO ORDERED.

Dated:    March 5, 2021
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge