**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IMMIGRANT DEFENSE PROJECT and CENTER FOR CONSTITUTIONAL RIGHTS,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>        Defendants. | Case No. 20 Civ. 10625 (RA) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment and Declaration of Lynnea Schurkamp dated March 28, 2022, and annexed exhibits, and upon all prior proceedings herein, Defendants United States Department of Homeland Security and United States Immigration and Customs Enforcement, by and through their attorney, Damian Williams, United States Attorney for the Southern District of New York, will move this Court for summary judgment in the above-captioned action pursuant to Rule 56 of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order dated February 14, 2022, Plaintiffs' opposition and cross-motion are to be served by May 2, 2022; Defendants' papers in reply and opposition to Plaintiffs' cross-motion are to be served by May 16, 2022; and Plaintiffs' reply is to be served by May 30, 2022.

Dated: New York, New York
March 31, 2022

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York,
        *Attorney for Defendants*

By:    s/ Anthony J. Sun
       ANTHONY J. SUN
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, New York 10007
       Telephone No. (212) 637-2810
       Facsimile No. (212) 637-2786
       Email: anthony.sun@usdoj.gov