# EXHIBIT 1

| | |
|---|---|
| **From:** | (b)(6); (b)(7)(C) |
| **Sent:** | 9 Mar 2020 17:15:42 +0000 |
| **To:** | (b)(6); (b)(7)(C) |
| | (b)(6); (b)(7)(C) |
| **Cc:** | (b)(6); (b)(7)(C) |
| **Subject:** | ERO Surge Guidance Instructions |
| **Attachments:** | OP Palladium Instructions.docx |

Please see the attached instructions. As of now the ICM reporting instructions are to begin tomorrow March 10, 2020.

(b)(6); (b)(7)(C) | Supervisory Special Agent
Homeland Security Investigations New York
26 Federal Plaza, (b)(6); New York, NY 10278
O: (b)(6); C: (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)

# 2020 ERO SURGE/PALLADIUM INSTRUCTIONS

**OPERATIONAL INFORMATION:**

Agents will be assigned to Operation Palladium for a 6-week period. Changes of personnel at the conclusion of the 6-week rotation is at the discretion and direction of the ASAC for the assigned agent.

All enforcement activity in Operation Palladium should be documented in ICM.

- **Investigative cases opened during the OP should have program code- Operation Palladium – (b)(7)(.**

**CASE OPENING:** Any arrests conducted by ERO Officers supported by HSI Special Agents needs to be documented in ICM.

1. Following an arrest go into ICM and create (b)(7)(E). The case should be titled the name of the subject arrested
2. Use (b)(7)(E) Most items are self-explanatory
3. for (b)(7)(E) select (b)(7)(E)
4. Judicial District- Brooklyn, Queens, Staten Island and Long Island are 53, Manhattan, Bronx and White Plains are 54
5. Program Codes should be:
    a. (b)(7)(E)
    b.
    c.

**Incident Report** – An arrest incident reports needs to be created within 24 hours of arrest. The incident report can be imported from (b)(7)(E) by doing a (b)(7)(E) in ICM and entering the EID Event number.

Detailed instructions are here.

1. (b)(7)(E)
2.
3.
4.

Due to the fact that some ERO teams consist of more than one HSI Special Agent, the case opening, and incident reports will be conducted on a rotating basis between Special Agents on the same team.

**Hours** – Hours worked in support of Operation Palladium should be posted to the investigative case created above OR admin case code (b)(7)(E)

Minimal hours should be posted to the Investigative Case- that is, only sufficient hours to document the arrest. All other hours in Operation Palladium should be posted to case code: (b)(7)(E)

**ROI** – Once your incident report and hours for the case have been approved submit a closing ROI documenting the arrest and closing the case. There is no need to submit an initial report; a closing report will serve as the initial and closing ROI.

Any arrests must be reported to (b)(6); (b)(7)(C) daily. Following an arrest, please email GS (b)(6); (b)(7)(C) informing how many individuals were arrested and their country of citizenship. I.E. 1 Mexico, 1 Russia. In addition, if any of the following applies it must be included in the notification:

1. If the arrest was a F-1/J-1 student violator.

2. Any criminal arrests conducted related to the Surge.

3. If the subject is a known gang member or gang associate

    Gang members should additionally be documented with Project Code (b)(7)(E)


**Use of Force:** HSI personnel who use force must follow existing reporting policy on Use of Force. This may be in addition to any reporting completed by ERO. HSI personnel are not relieved of required reporting on use of force. Please see the current Use of Force Policy to include the Use of Force reporting requirements.

**Identification:** ICE Velcro placards and patches for ballistic vests will be provided to those participating in OP for their discretional use. HSI gear and identifying markings should NOT be utilized while assigned to Operation Palladium.


**PAY AND HOURS**

Bulk of hours spent by HSI personnel on Operation Palladium be put to the existing ERO support case: (b)(7)(E)

Minimal hours be put to any investigative cases opened in support of Operation Palladium- that is- those hours necessary to document arrests, ROIs, case closings. This includes hours worked on CTCEU leads.

Domestic Ops is working, with Mission Support, at HQ, on a wavier for the bi-weekly pay cap and agents may receive a waiver from the bi-weekly pay cap. HOWEVER, there is NO waiver of the annual pay cap.

Hours spent on Operation Palladium should utilize the funding string, which will be provided by Admin when completing Web T&A

HSI NY maintains the expectation that ERO will schedule HSI personnel for 5-day workweeks. These workweeks may include Sundays and may include hours eligible for night differential pay. Night differential is paid for hours scheduled between 1800 and 0600.

**ROTATIONS**

Rotations and deadlines for swaps are as follows:

A. 2/10- 3/14
B. 3/15- 4/25- swap deadline: March 8
C. 4/26- 6 /6- swap deadline: April 19
D. 6/7- 7/18- swap deadline: May 31
E. 7/19- 8/29- swap deadline: July 12
F. 8/30- 10/10- swap deadline: August 23
G. 10/11- 11/21- swap deadline: October 4
H. 11/22- 12/31- swap deadline: November 15

**TRAINING:**

Any replacement agents must receive specialized 4th Amendment training from OPLA, training dates will be scheduled.

**MEDIA:**

Any media attention must be reported to ASAC (b)(6); (b)(7)(C) and PAO (b)(6); (b)(7)(C) this consists of News Reporters, Social Media, Recordings of enforcement activities by the public etc....

| From: | HQERO, FUGOPS |
| --- | --- |
| Sent: | 21 Feb 2020 21:31:22 +0000 |
| To: | HQERO, FUGOPS; (b)(6); (b)(7)(C) |
| Subject: | FW: Operation Palladium Updates |
| Attachments: | Operation Palladium Egregious Write-Up (Template).doc, EAGLE 2.11 Operations Recording and Reporting.pdf, HSI map.pdf, Map NFOP AOR Feb 2020.pdf, Operation Palladium – Att 1_Feb 21 2020.docx, Att. 3 - Saravia Flow Chart (Updated Feb. 20 2020).pdf, Att. 5 - ERO Language Services Resource Flyer.pdf, Att. 4 - Designation of caregiver.docx, Operation Palladium Att 2_Feb 21 2020.docx |
| Importance: | High |

Thank you everyone for your participation today and thank you for being flexible throughout this process with all of the changes.

**Please see the updates from the Fugitive Operations Conference Call (February 21, 2020).** Palladium is an administrative assignment record of having HSI as a force multiplier.

- **For processing purposes, Cross Check 2020 will be the processing code for all at-large arrests.**
- The updated Palladium Op Plan will forthcoming
- Please see new Attachments 1 – 5 which will be appendices to the Palladium Op Plan

What is the same?

- We are ending rolling ops in the surge 7 AORs and continuing them in 17 AORs;
- We are still doing weekly reporting and egregious writeups

    **JRFMU Contacts:**
    Juvenile and Family Residential Management Unit (JFRMU) - (b)(7)(E)@ice.dhs.gov

    Our mailbox is checked regularly by one of our staff officers.

    If assistance is needed immediately, after hours, or during the weekend please call the JFRMU duty line at 202-893-(b)(7)(E)

    To reach one of the National Juvenile Coordinators directly, see below:

    DDO (b)(6); (b)(7)(C)

    Section Chief (b)(6); (b)(7)(C)

    Unit Chief (b)(6); (b)(7)(C)

Should you have any additional questions, please contact your NFOP POC or send an email to: FUGOPS.HQERO (b)(7)(E)

*********************************************************************************************************************

The next stage in supporting At-Large arrests will be the upcoming **Operation Palladium** that will start on Monday February 24th, 2020.
- Operation Palladium will run throughout the remainder of the calendar year 2020.
- It will consist of an additional (b)(5) HSI Agents that will be working with our At-Large teams in every AOR.
- There will be (b)(5) ERO-AORs that will have (b)(5); (b)(7)(E) + HSI Agents assigned.
  - (b)(5); (b)(7)(E)
- For those seven AORs you will no longer be required to conduct Rolling Ops.
- You will continue with At-Large enforcement throughout the year with a constant push to follow up on all leads.
- For the remaining AORs you will be assigned (b)(5); (b)(7)(E) HSI Agents to work with your At-Large teams.
- These (b)(5) AORs will still be required to conduct rolling operations during the scheduled week.
- We received the number of Special Agents from HSI for each AOR. This will be in the attachment to the Op Plan.
  - Processing instructions will also be attached to the Op Plan.
- Our goal from here is to set up the basic framework and let the FOD's and SAC's work out the logistics at the local level, as you guys know your AOR's best.
- HSI will be providing us the list of their Operations Managers by COB Friday, February 21, 2020 and ERO will be forwarding the local ERO POC's to HSI as well.
- (b)(5); (b)(7)(E)
- (b)(5); (b)(7)(E)
- (b)(5); (b)(7)(E)

**Scope:**
The objective of *Operation Palladium* is to apply an organized, methodical approach to the identification, location, and arrest of illegal aliens using Homeland Security Investigations (HSI) and Customs and Border Protection (CBP) Agents as a surge force within seven U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Field Office's.

**Op Plan:**
The Op Plan for Operation Palladium is under review and will be disseminated to the field on Friday or sooner. It's currently with OPLA.

**Leads:**
(b)(7)(E)

Field Offices can contact the LESC telephonically during at-large operations for support at 802 (b)(5); (b)(7)(E)
LESC uses a (b)(5); (b)(7)(E) for ICE officers and agents. Any officers who need to establish a (b)( ahead in anticipation of an at large operation can do so by either calling the number above.

Should a Field Office desire to have (b)(5); (b)(7)(E) established for a significant number of staff, they can send the list to Deputy Director (b)(6); (b)(7)(C) via outlook for vetting.

**Target Lists:**
The field office's consolidated target list, local operation plan, breakdown of personnel and any additional LEAs taking part in At-large operations will be due to the NFOP mailbox by: 1500 hours two weeks prior to the commencement date of your operation. ( Ensure you continue to Cc: the NCATC_Duty, Officer mailbox when submitting the target list.)
- Target lists must Cross Check 2020 as applicable.

**Processing:**
- Operation Code: (b)(5); (b)(7)(E)
- Event Type: (b)(5);
- Arrest Type: (b)(5); (b)(7)(E)

**Reporting:**
Weekly, the following will be submitted to the **HQERO, FUGOPS mailbox by 1500 hours each Thursday of the operation.**

1. Daily Apprehension Logs after being reviewed by a supervisor for accuracy of information.
   - Reports are cumulative and must capture all operation arrests for the duration of the of the field office's operation period.

2. Egregious write-ups, please forward weekly during the operating period.

**Superseding Processing Guidelines for "Rolling Operations" and Operation Palladium**

**All ERO field offices will participate in Operation Palladium, in conjunction with HSI, as a force-multiplying enforcement effort. All ERO field offices will report all arrests under the (b)(7)(E) event code.**

ERO Field Offices will report manually tracked arrest statistics to the HQERO FugOps mailbox, (b)(7)(E)@ice.dhs.gov.

- ERO Atlanta, Chicago, Denver, Houston, Los Angeles, New York City, and San Francisco are Operation Palladium surge sites.
    - **These AORs will discontinue scheduled rolling operations; however, all ERO field offices will report all arrests under the (b)(7)(E) event code.**

- **All other field offices will continue their scheduled rolling operation dates, and all ERO field offices will report all arrests under the (b)(7)(E) event code.**