# EXHIBIT 2

| From: | (b)(6); (b)(7)(C) |
|---|---|
| **Sent:** | 27 Feb 2020 18:30:50 +0000 |
| **To:** | (b)(6); (b)(7)(C) |

(b)(6); (b)(7)(C)

| **Subject:** | RE: SUB zERO Weekly-NYC-FUG OPS Team 3 |
|---|---|
| **Attachments:** | SUB zERO Weekly Report (Week 3).docx |

Incorrect report was attached on previous email. Updated report attached.

**From:** (b)(6);
**Sent:** Thursday, February 27, 2020 9:59 AM
**To:** (b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

**Subject:** SUB zERO Weekly-NYC-FUG OPS Team 3

Gents,

Attached is the weekly stats report for NYC/FUG OPS Team 3 for February 23rd-29th

(b)(6);

Supervisory Border Patrol Agent
Rio Grande Valley Special Operations Detachment
Border Patrol Tactical Unit BORTAC
(b)(6);

**Field Office/Location:** New York - Manhattan

**Reporting Period:** 23-29FEB2020

**Manpower: 13 Team: 3**

**USBP**

(b)(6); (b)(7)(C)

**OFO**

(b)(6); (b)(7)(C) (Brownsville)
Laredo)

**ICE/ERO**

(b)(6); (b)(7)(C)

**HSI**

(b)(6); (b)(7)(C)

**Assigned Shift:** 0500-1500hrs/ 0300-1300 hrs
**BLUF:**
- Total Arrests: 11
- Detainers Issued: 0
- Duties: Surveillance, perimeter security, arrest team, interpreter, property bagging and tagging, processing forms.  Preparation of Field operation Worksheets

**EVENTS:**
**23FEB2020:**
- Arrests: 3
- On February 23, 2020 Team 3 conducted knock and talks at 6 target residences in Brooklyn, NY between the hours of 0600 and 0830.  Three of six targets were apprehended without incident.

  Name: (b)(6); (b)(7)(C)
  A#: (b)(6); (b)(7)(C)
  Date of Birth: (b)(6);
  COC: Philippines
  NTA/In Proceedings

Criminal History: 02/20/20 - Criminal Contempt - 2nd – Pending; 01/30/20 - Rape 3 - Pending
Failed to Honor Detainer: Yes
Address: [(b)(6); (b)(7)(C)] NY 11230

Name: [(b)(6); (b)(7)(C)]
A# [(b)(6); (b)(7)(C)]
Date of Birth: [(b)(6); (b)(7)(C)]
COC: Guatemala
Final Order
Criminal History:
02/19/20 – Damage to Property
Failed to Honor Detainer: Yes (02/19/2020)
Address: [(b)(6); (b)(7)(C)] NY 11220

Name: [(b)(6); (b)(7)(C)]
A# [(b)(6):]
Date of Birth: [(b)(6); (b)(7)(C)]
COC: Hungary
Final NTA
Criminal History: 02/19/2020 Sex trafficking false statement, instill fear, prostitution 2 or more, pros. profit all (4) charges pending
Prior History Criminal History: Arrest date: 7/11/2017-Possesion forged and traffic offense no license-disposition unknown.
Failed to Honor Detainer: Yes (02/20/2020)
Address: [(b)(6); (b)(7)(C)] Brooklyn, NY 11237
Subject of an HSI INVESTIGATION and is believed to be connected to organized prostitution rings. ****[(b)(6); (b)(7)(C)] contacted and cleared to arrest.

**24FEB2020:**
- Arrests: 1
- On February 24, 2020 Team 3 conducted surveillance and knock and talks at 4 target residences spanning from Queens to Far Rockaway, NY between the hours of 0600 and 1300.  One of four targets was located and apprehended without incident.

Name: [(b)(6); (b)(7)(C)]
A# [(b)(6):]
Date of Birth: [(b)(6); (b)(7)(C)]
COC: Guyana
Overstay NTA
Criminal History: 02/21/2020
1) Possession of Forged Instrument - pending
2) Perjury
3) Fraud
Failed to Honor Detainer: Yes (02/21/2020)

Address: [(b)(6); (b)(7)(C)] NY 11436

**25FEB2020:**

- Arrests: 2
- On February 25, 2020, at 0600 hours, Team 3 conducted a knock and talk at a target residence located at 90-44 180 Street in Queens, New York. The target suspect, [(b)(6); (b)(7)(C)] a Colombian national arrested by NYPD on 02/21/2020 for DUI and on 11/25/2019 for disorderly conduct and possession of a forged instrument, was unable to be located. Two residents were interviewed but refused to provide information regarding our targets' whereabouts. Both subjects were identified as Overstays and arrested for their immigration violations without incident.

Name: [(b)(6); (b)(7)(C)]
A# [(b)(6);]
Date of Birth [(b)(6);]
COC: Colombia
NTA/ Overstay
Criminal/Immigration History: No Records
Failed to Honor Detainer: N/A
Address: [(b)(6); (b)(7)(C)], Queens, NY

Name: [(b)(6); (b)(7)(C)]
A# [(b)(6);]
Date of Birth: [(b)(6);]
COC: Colombia
NTA/ Overstay
Criminal/Immigration History: No Records
Failed to Honor Detainer: N/A
Address: Address: [(b)(6); (b)(7)(C)] Queens, NY

**26FEB2020:**

- Arrests: 1
- On February 26, 2020 Team 3 conducted surveillance and knock and talks at 5 target residences in Brooklyn, NY between 0600 and 0945 hours. One of five targets was apprehended without incident.

Name: [(b)(6); (b)(7)(C)]
A# [(b)(6):]
Date of Birth [(b)(6); (b)(7)(C)]
COC: Mexico
NTA
Criminal History: 02/22/2020 Unlawful Imprisonment-2nd Degree/Act In Manner Injure Child Less Than 17
Failed to Honor Detainer: No – released prior to detainer lodged
Address: [(b)(6); (b)(7)(C)] Brooklyn, NY 11228

**27FEB2020:**

- Arrests: 4
- On February 27, 2020 Team 3 conducted surveillance and knock and talks at seven target residences in Brooklyn, NY between the hours of 0400 and 1000. Four of seven targets were located and apprehended without incident.

Name: (b)(6); (b)(7)(C)
A#: (b)(6);
Date of Birth (b)(6); (b)(7)(C)
COB: Ukraine
COC: Russia
FINAL ORDER in Absentia
Criminal History: 02/06/2020 Arrested – Criminal Possession Controlled Substance- 7th Degree/Aggravated Unlicensed Operation Motor Vehicle-2nd Degree/
General Violation Of Local Law/Motor Vehicle License Violation: No License (pending)
Failed to Honor Detainer: No
Address: (b)(6); (b)(7)(C) Brooklyn NY 11214

Name: (b)(6);
A# (b)(6);
Date of Birth: (b)(6); (b)(7)(C)
COC: Peoples Republic of China
WA/NTA Overstay
Criminal History:
02/20/2020 – Promoting Prostitution 4-Advance or Profit from Prostitution
Failed to Honor Detainer: Yes (02/20/2020)
Address: (b)(6); (b)(7)(C) Brooklyn, NY 11223

Name (b)(6); (b)(7)(C)
A# (b)(6);
Date of Birth: (b)(6); (b)(7)(C)
COC: Mexico
NTA
Criminal History:
02/23/2020-Imtimidatoin
02/23/2020- Neglect family
02/23/2020-Assualt
Address: (b)(6); (b)(7)(C) NY

Name: (b)(6); (b)(7)(C)
A# (b)(6);
Date of Birth: (b)(6); (b)(7)(C)
COC: MEXICO
NTA

Criminal History: Petit Larceny
Criminal Possession Stolen Property-5th Degree
Failed to Honor Detainer: No, Subject was released by NYPD and issued a DAT. There
is no court information currently available.
Address: (b)(6); (b)(7)(C) Brooklyn, NY 11218

**28FEB2020**

Assigned Day Off-Duty

**29FEB2020:**

Assigned Day Off-Duty

**Additional Activity:** N/A

**Issues/Concerns:** No issues or concerns have been encountered.

| | |
|---|---|
| **From:** | (b)(6); (b)(7)(C) |
| **Sent:** | 7 Mar 2020 16:51:18 +0000 |
| **To:** | (b)(6); (b)(7)(C) |

(b)(6); (b)(7)(C)

| | |
|---|---|
| **Subject:** | SUB zERO Weekly-NYC-FUG OPS Team 3 (Week 4) |
| **Attachments:** | SUB zERO Weekly Report (Week 4).docx |

Gents,

Attached is the weekly stats report for NYC/FUG OPS Team 3 for 03/01-03/07

(b)(6);

Supervisory Border Patrol Agent

Rio Grande Valley Special Operations Detachment

Border Patrol Tactical Unit BORTAC

(b)(6); (b)(7)(C)

**Field Office/Location:** New York - Manhattan

**Reporting Period:** 01-07MAR2020

**Manpower: 13 Team: 3**

**USBP**

(b)(6); (b)(7)(C)

**OFO**

(b)(6); (b)(7)(C) (Brownsville)
Laredo)

**ICE/ERO**

(b)(6); (b)(7)(C)

**HSI**

(b)(6); (b)(7)(C) (SA)

**Assigned Shift:** 0500-1500 hours/ 0800-1800 hours/1600-0200 hours
**BLUF:**
- Total Arrests: 6
- Detainers Issued: 0
- Duties: Surveillance, perimeter security, arrest team, interpreter, property bagging and tagging, processing forms. Preparation of Field operation Worksheets

**EVENTS:**
**01MAR2020:**
Assigned Day Off-Duty

**02MAR2020:**
Assigned Day Off-Duty

**03MAR2020:**
- Arrests: 0
- On March 3, 2020 Team 3 conducted knock and talks at 5 target residences in Staten Island, NY between the hours of 0600 and 1000. None of the five targets were encountered. No arrests were made.

**04MAR2020:**

- Arrests: 4
- On March 4, 2020 Team 3 conducted surveillance and knock and talks at 3 target residences in Staten Island and Brooklyn, NY between the hours of 0600 and 1000. Two of three targets were located and apprehended without incident. An additional subject who was concealing himself inside the closet of the second target's residence was interviewed and found to be an alien who had been previously deported. Subject was taken into custody without incident and has been listed below as a collateral arrest.

Name: [(b)(6); (b)(7)(C)]
A# [(b)(6);]
Date of Birth: [(b)(6);] (39)
POB: MEXICO
NTA
Criminal History:
DWI-1st Offense VTL 1192 Misdemeanor NCIC5404
Operate Motor Vehicle with .08 of 1% Alcohol or More in Blood VTL 1192 Misdemeanor NCIC 5404
Driving While Ability Impaired by the Consumption of Alcohol VTL 1192 Infraction NCIC 5404
Motor Vehicle License Violation: No License VTL 0509 Infraction NCIC 549
Failed to Honor Detainer: Yes
Address: [(b)(6); (b)(7)(C)] Staten Island, NY, 10310

Name: [(b)(6); (b)(7)(C)]
A# [(b)(6);]
Date of Birth: [(b)(6); (b)(7)(C)]
POB: Guatemala
NTA/EWI
Detainer Release: Yes (03/02/2020)
Criminal History:
03/02/20 - Assault 3rd degree with intent to cause physical injury (ROR)
Address: [(b)(6); (b)(7)(C)] Brooklyn, NY 11220

COLLATERAL ARREST

Name: [(b)(6); (b)(7)(C)]
A# [(b)(6);]
Date of Birth [(b)(6);]
POB: Guatemala
Immigration History: Order of Removal- 09/10/2010
Reinstatement of Prior Order of Removal - 07/15/2011
Reinstatement of Prior Order of Removal – 03/12/2012
Detainer Release: N/A
Criminal History: None

Address: (b)(6); (b)(7)(C) Brooklyn, NY 11220

Team 3 conducted surveillance for a target who was soon to be released from police custody for pending weapons charges at the New York County Criminal courthouse in Manhattan, NY. The subject was released from custody at approximately 2300 hours and was taken into custody without incident near the corner of Worth and Centre Street at 2305 hours.

Name: (b)(6); (b)(7)(C)
A#: (b)(6);
Date of Birth: (b)(6); (b)(7)(C)
POB: Dominican Republic
NTA/Overstay
Criminal History:
03/03/2020- Possession Forged Instrument-2nd Degree
03/03/2020- False Personation
03/03/2020- Criminal Possession of Controlled Substance-3rd
Failed to Honor Detainer: Yes 03/03/2020
Address: (b)(6); (b)(7)(C) NY, 10452

**05MAR2020:**
- Arrests: 0
- Processing of late apprehension from 03/04/2020 and preparation of FOWs. No enforcement actions were conducted on this date.

**06MAR2020:**
- Arrests: 1
- On March 6, 2020 Team 3 conducted knock and talks at 7 target residences in Brooklyn, NY between 0600 and 1000 hours. One of the seven identified targets was apprehended without incident.

Name: (b)(6); (b)(7)(C)
A# (b)(6);
Date of Birth: (b)(6);
POB: Guyana
NTA
Criminal History: 02/20/20 – Assault – 3rd – Pending; Criminal Obs. Of Breathing or Blood Circulation – Apply Pressure; Att. Assault – 3rd – Pending; Menacing – 3rd – Pending; Harassment – 2nd - Pending
Failed to Honor Detainer: Yes
Address: (b)(6); (b)(7)(C) NY 11226

**07MAR2020:**
- Arrests: 1

- On March 7, 2020 Team 3 conducted knock and talks at four target residences in Brooklyn, NY between the hours of 0600 and 0800. One of four targets was located and taken into custody without incident.

Name: (b)(6); (b)(7)(C)
A# (b)(6);
Date of Birth: (b)(6); (b)(7)(C)
POB: Belize
New NTA (Overstay)
Criminal History:
03/05/2020: Operating Motor Vehicle with .08 of 1% Alcohol or More (Misdemeanor)
03/05/2020: Obstructing Traffic at Intersection (Pending
Address: (b)(6); (b)(7)(C)          NY 11212

**Additional Activity:** N/A

**Issues/Concerns:** No issues or concerns have been encountered.

| | |
|---|---|
| **From:** | (b)(6); (b)(7)(C) |
| **Sent:** | 14 Mar 2020 19:05:41 +0000 |
| **To:** | (b)(6); (b)(7)(C) |

(b)(6); (b)(7)(C)

| | |
|---|---|
| **Subject:** | SUB zERO Weekly-NYC-FUG OPS Team 3 (Week 5) |
| **Attachments:** | SUB zERO Weekly Report (Week 5).docx |

Gents,

Week 5 stats report attached.

(b)(6); (b)(7)(C)

Supervisory Border Patrol Agent

Rio Grande Valley Special Operations Detachment

Border Patrol Tactical Unit BORTAC

(b)(6); (b)(7)(C)

**Field Office/Location:** New York - Manhattan

**Reporting Period:** 08-14MAR2020

**Manpower: 12 Team: 3**

**USBP**

(b)(6); (b)(7)(C)

**OFO**

(b)(6); (b)(7)(C) Brownsville)
Laredo)

**ICE/ERO**

(b)(6); (b)(7)(C)

**HSI**

(b)(6); (b)(7)(C) SA)

**Assigned Shift:** 0500-1500 hours/ 0800-1800 hours
**BLUF:**
- Total Arrests: 8
- Detainers Issued: 0
- Duties: Surveillance, perimeter security, arrest team, interpreter, property bagging and tagging, processing forms.  Preparation of Field operation Worksheets

**EVENTS:**
**08MAR2020:**
    Assigned Day Off-Duty

**09MAR2020:**
    Assigned Day Off-Duty

**10MAR2020:**
- Arrests: 0
- On March 10, 2020 Team 3 conducted knock and talks at 4 target residences in Brooklyn, NY between the hours of 0600 and 0800.  None of the four targets were encountered.  No arrests were made.

**11MAR2020:**

- Arrests: 0
- On March 11, 2020 Team 3 conducted knock and talks at 4 target residences in Brooklyn, NY between the hours of 0600 and 0800. None of the four targets were encountered. No arrests were made.

**12MAR2020:**

- Arrests: 2
- On March 12, 2020 Team 3 conducted knock and talks at 4 target residences and conducted surveillance at the King County Criminal Court in Brooklyn, NY between 0600 and 1300 hours. Two of the four identified targets were apprehended without incident.

Name: (b)(6); (b)(7)(C)
A#: (b)(6);
Date of Birth: (b)(6); (30)
POB: Panama
NTA
Criminal History:
3/10/2020 - Criminal Possession Marijuana-2nd – Pending
3/10/2020 - Criminal Possession Marijuana-3rd - Pending
3/10/2020 - Criminal Possession Marijuana-4th - Pending
3/10/2020 - Unlawful Possession of Marijuana-2nd Degree – Pending
3/10/2020 - Unlawful Possession of Marijuana 1st Degree - Pending
Failed to Honor Detainer: Yes
Address: 462 Chester Street, Brooklyn, NY 11212

Name: (b)(6); (b)(7)(C)
A# (b)(6);
Date of Birth: (b)(6); (31)
POB: Mexico
NTA/ EWI
Criminal History:
3/10/2020 - Assault 3rd Degree – Pending
3/10/2020 - Act in Manner Injure Child Less Than 17 – Pending
3/10/2020 - Attempted Assault 3rd Degree – Pending
3/10/2020 - Menacing-3rd Degree – Pending
3/10/2020 - Harassment-2nd Degree - Pending
Failed to Honor Detainer: Yes
Address: (b)(6); (b)(7)(C) NY 11218

**13MAR2020:**

- Arrests: 2
- On March 13, 2020 Team 3 conducted knock and talks at 5 target residences in Brooklyn, NY between 0600 and 0900 hours. Two of the four identified targets were apprehended without incident.

Name: [(b)(6); (b)(7)(C)]
A#[(b)(6); (b)(7)(C)]
Date of Birth: [(b)(6); (b)(7)(C)]
POB: KAZAKHSTAN
NTA
Criminal History:
Offense: Petit Larceny
PL 155.25 Class A Misdemeanor Degree 0 NCIC 2399
Offense: -- Criminal Possession Stolen Property-5th Degree
PL 165.40 Class A Misdemeanor Degree 5 NCIC 2804
Failed to Honor Detainer: NO
Address: [(b)(6); (b)(7)(C)] Brooklyn, NY, 11235

Name: [(b)(6); (b)(7)(C)]
A#[(b)(6);]
Date of Birth [(b)(6); (b)(7)(C)]
POB: AZERBAIJAN
NTA
Criminal History:
Offense: Petit Larceny PL 155.25 Class A Misdemeanor Degree 0 NCIC 2399
Offense: -- Criminal Possession Stolen Property-5th Degree
PL 165.40 Class A Misdemeanor Degree 5 NCIC 2804
Failed to Honor Detainer: NO
Address: [(b)(6); (b)(7)(C)] NY 11234

**14MAR2020:**

- Arrests: 4
- On March 14, 2020 Team 3 conducted knock and talks at three target residences in Queens, two target residences in Jamaica Queens and one target residence in Brooklyn, NY between the hours of 0600 and 0900. Three of six targets were apprehended at their residences without incident. A consensual encounter at the first targets' residence resulted in a collateral arrest (shown at bottom of list).

Name: [(b)(6); (b)(7)(C)]
A#[(b)(6);]
Date of Birth: [(b)(6); (b)(7)(C)]
POB: Egypt
NTA
Criminal History:
03/11/2020: Obstructing Fire Fighting Operations: Class A Misdemenaor
03/11/2020: Harassment 2nd Degree: Physical Contact: Violation Degree 2
(Subject was isused a desk appearance at the precinct on 03/11/2020)
Failed to Honor Detainer: No, Subject released before detainer was lodged.
Address: [(b)(6); (b)(7)(C)]
Astoria (Queens), NY 11105

Name: (b)(6); (b)(7)(C)
A# (b)(6); (b)(7)(C)
Date of Birth: (b)(6); (b)(7)(C)
POB: Mexico
NTA
Criminal History:
03/12/2020: Forgery (Pending)
03/12/2020: Criminal Possession controlled Substance (pending)
Failed to Honor Detainer: No
Address: (b)(6); (b)(7)(C)
Flushing, (Queens), NY 11373

Name: (b)(6); (b)(7)(C)
A# (b)(6); (b)(7)(C)
Date of Birth: (b)(6); (b)(7)(C)
POB: Guatemala
Reinstatement of Deport Order
Criminal History:
03/11/2020- Assault 2nd Degree: Intent to Cause Physical injury with Weapon/ Instrument-Pending
03/11/2020- Crimes Against Person, Physical Contact/ Harassment- Pending
Failed to Honor Detainer: Yes
Address:
(b)(6); (b)(7)(C)                    NY 11355

COLLATERAL ARREST:

Name: (b)(6); (b)(7)(C)
A# (b)(6); (b)(7)(C)
Date of Birth: (b)(6);
POB: Egypt
NTA
Criminal/Immigration History: None
Subject was interviewed and found to be out of status. Subject was processed as a WA/NTA Overstay
Address: (b)(6); (b)(7)(C)
Astoria (Queens), NY 11105

**Additional Activity:** N/A

**Issues/Concerns:** No issues or concerns have been encountered.

**From:** (b)(6); (b)(7)(C)
**Sent:** 21 Feb 2020 17:01:43 +0000
**To:** (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)
**Subject:** SUB zERO Weekly-NYC-FUG OPS Team 3
**Attachments:** SUB zERO Weekly Report Team 3.docx

Gents,

Attached is the weekly stats report for NYC/FUG OPS Team 3 for February 16th-22nd so yous can throw it in your folder if yous are keeping track.

(b)(6);

Supervisory Border Patrol Agent
Rio Grande Valley Special Operations Detachment
Border Patrol Tactical Unit BORTAC
(b)(6); (b)(7)(C)

**Field Office/Location:** New York - Manhattan

**Reporting Period:** 16-22FEB2020

**Manpower: 11 Team: 3**

**USBP**

(b)(6); (b)(7)(C)

**OFO**

(b)(6); (b)(7)(C) (Brownsville)
Laredo)

**ICE/ERO**

(b)(6); (b)(7)(C) (SDDO)
DO)
(DO)
(DO)

**HSI**

(b)(6): (SA)

**Assigned Shift:** 0500-1500hrs
**BLUF:**
- Total Arrests: 7
- Detainers Issued: 0
- Duties: Surveillance, perimeter security, arrest team, interpreter, property bagging and tagging, processing forms. Preparation of Field operation Worksheets

**EVENTS:**
**16FEB2020:**
Assigned Day Off-Duty

**17FEB2020:**
- Arrests: 0
  Team conducted knock and talks at 4 target locations in Corona, Flushing and Queens, NY. None of the identified targets were encountered.

**18FEB2020:**
- Arrests: 2

On February 18, 2020 Team 3 conducted knock and talks at 3 target residences in Brooklyn, NY between 0600 and 0730.  Two of three targets were apprehended without incident.

Name: (b)(6); (b)(7)(C)
A# (b)(6);
Date of Birth: (b)(6);
COC: Georgia
Warrant of Removal NTA/ Overstay
Criminal History: 02/12/2020 – CPCS – 5th – Dismissed; CPW - Dismissed
Failed to Honor Detainer:  Yes
Address: (b)(6); (b)(7)(C) , NY 11235

Name: (b)(6); (b)(7)(C)
A# (b)(6);
Date of Birth: (b)(6); (b)(7)(C)
COC: Georgia
Warrant of Removal NTA/ Overstay
Criminal History: 02/12/2020 – CPCS – 5th – Dismissed; Unlawful Poss. Marijuana - Dismissed
Failed to Honor Detainer:  Yes
Address: (b)(6); (b)(7)(C) NY 11235

**19FEB2020:**

- Arrests: 2
  On February 19, 2020, at 0600 hours, Team 3 conducted a knock and talk at a target residence located at (b)(6); (b)(7)(E) 16th Street in Brooklyn, New York.  The residence was a second story apartment which appeared to have individual bed rooms rented out to multiple families.  While attempting to identify the room where our target was located, several subjects exited from neighboring rooms to assist us.  Two of the subjects who we made consensual encounters with were taken into custody for immigration violations.  Our target refused to comply with our request for him to exit his room.

Name: (b)(6); (b)(7)(C)
A# (b)(6);
Date of Birth: (b)(6);
COC: Dominican Republic
Warrant of Removal NTA/ Overstay
Criminal/Immigration History: No Records
Failed to Honor Detainer:  N/A
Address: (b)(6); (b)(7)(C) NY 11224

Name: (b)(6); (b)(7)(C)
A# (b)(6);
Date of Birth: (b)(6);
COC: El Salvador

Warrant of Removal NTA/ Overstay
Criminal/Immigration History: No Records
Failed to Honor Detainer:  N/A
Address: (b)(6); (b)(7)(C) NY 11224

**20FEB2020:**

- Arrests: 3

On February 20, 2020 Team 3 conducted knock and talks at 5 target residences in Brooklyn, NY between 0600 and 0800.  Three of five targets were apprehended without incident.

Name: (b)(6); (b)(7)(C)
A# (b)(6);
Date of Birth: (b)(6);
POB: Panama
FINAL ORDER
Criminal History: 05/10/2019 Unlawful Possession Personal ID 3rd: Further The Commission Of A Crime; 2x - Convicted
Failed to Honor Detainer:  Yes
Address: (b)(6); (b)(7)(C) NY 11226

Name: (b)(6); (b)(7)(C)
A# (b)(6);
Date of Birth: (b)(6);
POB: Indonesia
Warrant of Removal NTA/ Overstay
Criminal History: 02/13/2020 – Petit Larceny ; CPSP – 5th -  Dismissed
Failed to Honor Detainer:  No
Address: (b)(6); (b)(7)(C) NY 11201

Name: (b)(6);
A# (b)(6);
Date of Birth: (b)(6);
POB: Israel
Warrant of Removal NTA/ Overstay
Criminal History: 12/11/2019 – Security Fraud Greater than 9 Persons, Scheme to Defraud 1st: Obtain Property >$1000 From one or More Persons.  Class E Felony- Convicted
Failed to Honor Detainer:  Yes
Address: (b)(6); (b)(7)(C) Brooklyn, NY 11249

**21FEB2020**

- Arrests: 0

Five target cases were reviewed but were unable to be worked for various reasons.  No enforcement action took place on this date.

**22FEB2020:**
Assigned Day Off-Duty

**Additional Activity:** N/A

**Issues/Concerns:** No issues or concerns have been encountered.

Thanks for your cooperation!

(b)(6); (b)(7)(C)

Assistant Field Office Director
Immigration and Customs Enforcement
Enforcement and Removal Operations
Fugitive Operations/VCAS/JCART
212-264-(b)(6), (b)(7)(C) (desk)
973-332-(b)(6), (b)(7)(C) (cell)



***LAW ENFORCEMENT SENSITIVE*** WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 USC 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive but Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator. If you are not the intended recipient please contact the originator for disposition instructions.

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Date:** Wednesday, Mar 18, 2020, 6:27 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** **** Urgent *** Operation Palladium & 50/50 cancelled.

(b)(6); (b)(7)(C)

Operation Palladium & the 50/50 CBP assist are now cancelled.

Please contact your detailees / loaners from HSI, OFO, & BP immediately and let them know that they can begin to make arrangements to return home, tonight – and thank them for their assistance.

My apologies for the short notice, but, sometimes, it just happens that way.

Please ensure that we collect whatever ERO owned property that we have issued them, prior to their departure.

Need to know when you have completed these notifications (*which **must** be tonight as HQ – hopefully you have a group email / text group for them*) and let me know if there are any issues.

Regards,

(b)(6); (b)(7)(C)

Deputy Field Office Director
ICE/ERO Field Office New York City
(b)(6); (b)(7)(C) @ice.dhs.gov
cell 973-332-(b)(6); (b)(7)(C)

# Operation Palladium (ERO & HSI)

### New York City



**FUGITIVE OPERATIONS - TEAM 1A/1B**

SDDO (b)(6); (b)(7)(C)    (646) 488- (b)(6); (b)(7)(C)

| TEAM 1A | | | TEAM 1B | |
|---|---|---|---|---|
| **Officers** | **Phone** | | **Officers** | **Phone** |
| DO (b)(6); (b)(7)(C) | 646-201 (b)(6); (b)(7)(C | DO (b)(6); (b)(7)(C) | 917-659 (b)(6); (b)(7)(C) |
| DO | 646-403 | DO | 646-225 |
| DO | 646-345 | DO | 917-659 |
| BPA (b)(6); (b)(7)(C) | 915-474 | BPA (b)(6); (b)(7)(C) | 915-493 |
| SA (b)(6); (b)(7)(C) | 646-588 | SA (b)(6); (b)(7)(C) | 347-585 |
| SA | 646-335 | SA | 646-358 |
| SA | 212-882 | | |

**FUGITIVE OPERATIONS - TEAM 2A/2B**

SDDO (b)(6); (b)(7)(C)    (646) 488- (b)(6); (b)(7)(C)

| TEAM 2A | | | TEAM 2B | |
|---|---|---|---|---|
| **Officers** | **Phone** | | **Officers** | **Phone** |
| DO (b)(6); (b)(7)(C) | 646-671 (b)(6); (b)(7)( C) | DO (b)(6); (b)(7)(C) | 646-201 (b)(6); (b)(7)(C) |
| DO | 646-345 | DO | 646-773 |
| BPA (b)(6); (b)(7)(C) | 520-368 | BPA (b)(6); (b)(7)(C) | 520-366 |
| BPA | 520-367 | BPA | 520-366 |
| SA (b)(6); (b)(7)(C) | 347-992 | SA (b)(6); (b)(7)(C) | 646-584 |
| SA | 646-261 | SA | 646-584 |
| SA | 646-939 | | |

**Fug Ops CAP Referral Team 1A/1B**

SDDO (b)(6); (b)(7)(C)    (646) 852- (b)(6); (b)(7)(C)

Until (b)(6); (b)(7)(C) returns

| TEAM 1A | | | TEAM 1B | |
|---|---|---|---|---|
| **Officers** | **Phone** | | **Officers** | **Phone** |
| DO (b)(6); (b)(7)(C) | 646-225 (b)(6); (b)(7)(C) | DO (b)(6); (b)(7)(C) | 646-671 (b)(6); (b)(7)(C) |
| DO | 917-659 | DO | 917-417 |
| OFO (b)(6); (b)(7)(C) | 956-206 | OFO (b)(6); (b)(7)(C) | |
| BPA | 361-522 | BPA | 956-827 |
| BPA | | BPA | 760-519 |
| | | SA (b)(6); (b)(7)(C) | 646-988 |

**Fug Ops CAP Referral Team 2A/2B**

SDDO (b)(6); (b)(7)(C)    (646) 201- (b)(6); (b)(7)(C)

| TEAM 2A | | | TEAM 2B | |
|---|---|---|---|---|
| **Officers** | **Phone** | | **Officers** | **Phone** |
| DO (b)(6); (b)(7)(C) | 646-773 (b)(6); (b)(7)( C) | DO (b)(6); (b)(7)(C) | 646-863 (b)(6); (b)(7)(C) |
| DO | 917-659 | DO | 646-581 |
| DO | 646-938 | OFO (b)(6); (b)(7)(C) | 510-457 |
| BPA (b)(6); (b)(7)(C) | 619-971 | SA (b)(6); (b)(7)(C) | 646-281 |
| BPA | 617-587 | SA | 646-335 |

**Fug Ops CAP Referral Team 3A/3B**

SDDO (b)(6); (b)(7)(C)    201) 800 (b)(6); (b)(7)(C)

| TEAM 2A | | | TEAM 2B | |
|---|---|---|---|---|
| **Officers** | **Phone** | | **Phone** | |
| DO (b)(6); (b)(7)(C) | 646-408 (b)(6); (b)(7)(C) | DO (b)(6); (b)(7)(C) | 646-488 (b)(6); (b)(7)(C) |
| CBPO (b)(6); (b)(7)(C) | 973-592 | DO | 646-721 |
| OFO (b)(6); (b)(7)(C) | 415-760 | DO | 908-943 |
| BPA | 915-471 | BPA (b)(6); (b)(7)(C) | 760-996 |
| BPA | 915-243 | SA (b)(6); (b)(7)(C) | 646-773 |
| | | SA | 646-939 |

**VCAS/JCART**

SDDO (b)(6); (b)(7)(C)    (646) 372 (b)(6); (b)(7)(C

| TEAM 2A | | | TEAM 2B | |
|---|---|---|---|---|
| **Officers** | **Phone** | | **Officers** | **Phone** |
| DO (b)(6); (b)(7)(C) | 646-296 (b)(6); (b)(7)(C) | DO (b)(6); (b)(7)(C) | 646-773 (b)(6); (b)(7)(C) |
| DO | 646-996 | DO | 917-659 |