# EXHIBIT 3

# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
# IMMIGRATION & CUSTOMS ENFORCEMENT
# ENFORCEMENT AND REMOVAL OPERATIONS
## FIELD OPERATIONS WORKSHEET



| DATE: 2/25/2020 | Case Type: NTA | Priority Level: | Lead Type: | KSTEP: ☐ Y ☐ N |
|---|---|---|---|---|
| Case Officer: | | Country of Citizenship: El Salvador | A Number: (b)(6); (b)(7)(C) | |
| Name: (b)(6); (b)(7)(C) | | AKA: | | |
| Case Number: | | Sex: M | Date of Birth: (b)(6); (b)(7)(C) | Age: 55 |
| Height: 6' 2" | Weight: 240 | Eye Color: BR | Hair Color: BLACK | Complexion: LIGHT |
| Scars, Marks, and/or Tattoos: | | | | |
| FBI Number: (b)(7)(E) | SID #'s: (b)(7)(E) | | SSN: | |
| Driver's License Number: | | Issuing State: | Spouse/Children (Name & Status): | |
| Vehicles: | | | | |

### CASE HISTORY
- NCIC WP:
- ATS-P:
- Other Litigation/Checks (Y/N/Date)

(b)(7)(E)

### DECONFLICTION EFFORTS

| Deconfliction and Information Coordination Endeavor | Regional Information Sharing Systems Officer Safety Event Deconfliction System | Secure Automated Fast Event Tracking Network |
|---|---|---|

(b)(6); (b)(7)(C)

### ... CRIMINAL HISTORY (MOST EGREGIOUS) ...
1. 2/22/2020- Assualt w. intent to cause physical injury-Pending
2. 2/22/2020- Harrassment 2nd
3.

### ... PHOTO ...
(b)(6); (b)(7)(C)

### ... TARGET ADDRESS ...

| Address | (b)(6); (b)(7)(C) | | |
|---|---|---|---|
| City: Brooklyn | | State: Ny | Zip: 11220 |
| Telephone Number(s): (b)(6); (b)(7)(C) | | | |
| Secondary Addresses: | | Employer & Address: | |

### LOCAL LAW ENFORCEMENT WILL BE NOTIFIED PRIOR TO COMMENCEMENT OF OPERATION
### ... LAW ENFORCEMENT NOTIFICATION ...

| Agency: NYPD | Name: 72 | Telephone: (b)(6); (b)(7)(C) |
|---|---|---|
| Agency: | Name: | Telephone: |

LAW ENFORCEMENT SENSITIVE  FOR OFFICIAL USE ONLY

revised 3/12/2019

*Leaves for work @ 4:30 5:00 am*

 

# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION & CUSTOMS ENFORCEMENT
## ENFORCEMENT AND REMOVAL OPERATIONS
### FIELD OPERATIONS WORKSHEET

| DATE: 2/25/2020 | Case Type: NTA | Priority Level: | Lead Type: | | KSTEP: ☐ Y ☐ N |
|---|---|---|---|---|---|
| Case Officer: | | Country of Citizenship: | Mexico | A Number: | (b)(6); |
| Name: (b)(6); (b)(7)(C) | | | AKA: | | |
| Case Number: | | | Sex: M | Date of Birth: (b)(6); (b)(7)(C) | Age: 39 |
| Height: 5' 5" | Weight: 160 | Eye Color: BR | Hair Color: BLACK | Complexion: LIGHT | |
| Scars, Marks, and/or Tattoos: | | | | | |
| FBI Number (b)(7)(E) | | SID #'s: (b)(7)(E) | | SSN: | |
| Driver's License Number: | | Issuing State: | Spouse/Children (Name & Status): (b)(6); (b)(7)(C) | | |
| Vehicles: | | | | | |

| CASE HISTORY | (b)(7)(E) |
|---|---|
| NCIC WP: | |
| ATS-P: | |
| Other Litigation/Checks (Y/N/Date) | |

### DECONFLICTION EFFORTS

| Deconfliction and Information Coordination Endeavor | Regional Information Sharing Systems Officer Safety Event Deconfliction System | Secure Automated Fast Event Tracking Network |
|---|---|---|
| DICE: (b)(7)(E) | | |

### ... CRIMINAL HISTORY (MOST EGREGIOUS) ...

1. 2/23/2020- Intimidation-Pending
2. 2/23/2020- Neglect family-Pending
3. 2/23/2020- Assault-Pending

### ... PHOTO ...
(b)(6); (b)(7)(C)

### ... TARGET ADDRESS ...

| Address (b)(6); (b)(7)(C) Avenue 3FL | | | |
|---|---|---|---|
| City: Brooklyn | | State: Ny | Zip: |
| Telephone Number(s) (b)(6); (b)(7)(C) | | | |
| Secondary Addresses: | | Employer & Address: | |

### LOCAL LAW ENFORCEMENT WILL BE NOTIFIED PRIOR TO COMMENCEMENT OF OPERATION
### ... LAW ENFORCEMENT NOTIFICATION ...

| Agency: NYPD | Name: 70TH | Telephone: (b)(6); (b)(7)(C) |
|---|---|---|
| Agency: | Name: | Telephone: |

*leaves for work @ 7:00am*

LAW ENFORCEMENT SENSITIVE   FOR OFFICIAL USE ONLY   revised 3/12/2019

(b)(6); (b)(7)(C)      2021-ICLI-00017   208   (b)(6); (b)(7)(C)