# EXHIBIT 4

| From: | (b)(6); (b)(7)(C) |
|---|---|
| Sent: | 10 Mar 2020 19:47:56 +0000 |
| To: | (b)(6); (b)(7)(C) |
| Subject: | FW: March 12th OPLA Training _ Operation Palladium (ERO surge) |
| Attachments: | OP Palladium Instructions.docx |

**From:** (b)(6); (b)(7)(C)
**Sent:** Tuesday, March 10, 2020 3:21 PM
**To:** (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)

**Cc:** (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)

**Subject:** March 12th OPLA Training _ Operation Palladium (ERO surge)

Good afternoon Supervisors,

OPLA will be hosting a 4th Amendment training this **Thursday, March 12 at 1pm** at (b)(7)(C); (b)(7)(C); (b)(7)(E) **Room 537A**. All Agents TDY'd to Operation Palladium must attend one of the 4th Amendment training sessions. There will be multiple training sessions scheduled throughout the year. The information on each training session will be disseminated as it becomes available. Below is a list of Agents assigned to the Op Palladium TDY cycle beginning March 15th, 2020. Please ensure that your Agents have attend the OPLA training.

See attachment for additional guidance regarding ICM, Pay and Hours etc..

| Last Name | First Name | Divison | Supervisor Name | Detail | Dates | Training |
|---|---|---|---|---|---|---|
| (b)(6); (b)(7)(C) | | EDTF Cyber | (b)(6); (b)(7)(C) | Operation Palladium | Through 12/31/2020 unless replaced | |
| | | PSD II | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | | EDTF I | | Operation Palladium | Through 12/31/2020 unless replaced | |

| | | | | | |
|---|---|---|---|---|---|
| (b)(6); (b)(7)(C) | PSD I | (b)(6); (b)(7)(C) | Operation Palladium | Through 12/31/2020 unless replaced | OPLA on 02/27/20 |
| | NYCAB II | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | PSD I | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | NSD | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | NYCAB II | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | EDTF I | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | Trade & Contraband | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | EDTF Cyber | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | Trade & Contraband | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | EDTF Cyber | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | NSD | | Operation Palladium | Through 12/31/2020 unless replaced | OPLA on 02/10/20 |
| | PSD I | | Operation Palladium | Through 12/31/2020 unless replaced | OPLA on 02/27/20 |
| | NYCAB I | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | EDTF II | | Operation Palladium | Through 12/31/2020 unless replaced | OPLA on 02/10/20 |
| | NYCAB I | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | PSD I | | Operation Palladium | Through 12/31/2020 unless replaced | OPLA on 02/27/20 |
| | Long Island | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | NSD I | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | PSD I | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | EDTF II | | Operation Palladium | Through 12/31/2020 unless replaced | OPLA on 02/10/20 |
| | Long Island | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | Long Island | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | PSD I | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | PSD I | | Operation | Through 12/31/2020 | OPLA on |

| | | | | | |
|---|---|---|---|---|---|
| (b)(6); (b)(7)(C) | PSD I | (b)(6); (b)(7)(C) | Palladium | unless replaced | 02/27/20 |
| | | | Operation Palladium | Through 12/31/2020 unless replaced | OPLA on 02/27/20 |
| | EDTF I | | Operation Palladium | Through 12/31/2020 unless replaced | |
| | PSD I | | Operation Palladium | Through 12/31/2020 unless replaced | OPLA on 02/27/20 |

Respectfully,

(b)(6); (b)(7)(C)
*(A) Program Manager, DIV II*
*601 W. 26th Street* (b)(6);
*New York, NY 10001*
*Desk:* (b)(6);
*Cell:* (b)(7)(C)