# EXHIBIT 5

| | |
|---|---|
| **From:** | (b)(6);(b)(7)(C) |
| **Sent:** | Monday, August 28, 2017 4:06 PM |
| **To:** | Berger, Katrina W; (b)(6);(b)(7)(C) |
| **Cc:** | (b)(6);(b)(7)(C) |
| **Subject:** | FW: Cross Check VII - MEGA – Sunday, September 17 through Thursday, September 21, 2017 |
| **Attachments:** | Operation MEGA Op Plan.docx |

(b)(5)

(b)(6);(b)(7)(C)
Assistant Special Agent in Charge
HSI Dallas
(972) 444-(b)(6);

**From:** ERO Taskings
**Sent:** Wednesday, August 23, 2017 4:07 PM
**Subject:** Cross Check VII - MEGA – Sunday, September 17 through Thursday, September 21, 2017

*This message is sent on behalf of Timothy S. Robbins, Acting Assistant Director for Enforcement, with the concurrence of Nathalie R. Asher, Acting Assistant Director for Field Operations:*

**To:**       Field Office Directors, Deputy Field Office Directors, and Assistant Field Office Directors for Fugitive Operations

**Subject:**  Cross Check VII - MEGA – Sunday, September 17 through Thursday, September 21, 2017

(b)(7)(E)