# EXHIBIT 6

| | |
|---|---|
| **From:** | (b)(6); (b)(7)(C) |
| **Sent:** | 22 Feb 2020 18:04:15 +0000 |
| **To:** | NCATC_Duty, Officer |
| **Subject:** | FW: Op Palladium plan |
| **Attachments:** | Operation Palladium – Att 1_Feb 21 2020.docx, Operation Palladium Att 2_Feb 21 2020.docx, Att. 3 - Saravia Flow Chart (Updated Feb. 20 2020).pdf, Att. 4 - Designation of caregiver.docx, Att. 5 - ERO Language Services Resource Flyer.pdf, Att. 6 Personnel Breakdown.xlsx, Operation Palladium Plan (ERO HSI OPLA Reviewed) v3 - Final 2-22-2020.docx, Operation Palladium Plan (ERO HSI OPLA Reviewed) v3 - Final AD-E signed 2-22-2020.pdf, Op Palladium POC 2.21.2020.xlsx |
| **Importance:** | High |

FYSA

**From:** HQERO, FUGOPS <(b)(7)(E)@ice.dhs.gov>
**Date:** Saturday, Feb 22, 2020, 10:53 AM
**To:** HQERO, FUGOPS <(b)(7)(E)@ice.dhs.gov>



(b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>

**Subject:** Op Palladium plan

Please continue to coordinate with your local OPLA for 4th Amendment training.

Thanks

(b)(6); (b)(7)(C)

*************************************************************************

Good morning,
Please see the Operation Palladium Op Plan and attachments.
FOT POCs, please review and return with your FOD's signature to FUGOPS.HQERO (b)(7)(E)
If you have any questions, please feel free to call me at 202-345- (b)(6); (b)(7)(C)

*Thank you,*

(b)(6); (b)(7)(C)

Section Chief
Department of Homeland Security
National Fugitive Operations Program
Fugitive Operations & ERO Special Response Teams
500 12th Street SW
Washington, D.C. 20536
(b)(6); (b)(7)(C) @ice.dhs.gov
(202) 732-(b)(6);(b)(7)(C) (office)
(202) 345-(b)(6);(b)(7)(C) (cell)



*If you want to want to enjoy the rainbow, be prepared to endure the storm.*
.

# TEAM BREAKDOWN

**Alpha**        **Bravo**

(b)(7)(E)

attachment 6

| SAC Office | Title | First | Last | Email | Desk | Mobile |
|---|---|---|---|---|---|---|
| Atlanta | ASAC | (b)(6); (b)(7)(C) | | | | |
| Baltimore | ASAC | | | | | |
| Boston | ASAC | | | | | |
| Buffalo | ASAC | | | | | |
| Charlotte | ASAC | | | | | |
| Charlotte | ASAC | | | | | |
| Chicago | ASAC | | | | | |
| Chicago (Back) | ASAC | | | | | |
| Dallas | ASAC | | | | | |
| Denver | ASAC | | | | | |
| Detroit | ASAC | | | | | |
| DC | A/DSAC | | | | | |
| El Paso | ASAC | | | | | |
| Honolulu | ASAC | | | | | |
| Houston | ASAC | | | | | |
| Kansas City | ASAC | | | | | |
| Las Vegas | ASAC | | | | | |
| Los Angeles | ASAC | | | | | |
| Miami | ASAC | | | | | |
| Nashville | ASAC | | | | | |
| New Orleans | ASAC | | | | | |
| New York | ASAC | | | | | |
| Newark | ASAC | | | | | |
| Philadelphia | ASAC | | | | | |
| Phoenix | ASAC | | | | | |
| San Antonio | ASAC | | | | | |
| San Diego | ASAC | | | | | |
| San Francisco | ASAC | | | | | |
| San Juan | ASAC | | | | | |
| St. Paul | ASAC | | | | | |
| Seattle | ASAC | | | | | |
| Tampa | ASAC | | | | | |

| | |
|---|---|
| From: | HQERO, FUGOPS |
| Sent: | 21 Feb 2020 21:31:22 +0000 |
| To: | HQERO, FUGOPS; (b)(6); (b)(7)(C) |
| Subject: | FW: Operation Palladium Updates |
| Attachments: | Operation Palladium Egregious Write-Up (Template).doc, EAGLE 2.11 Operations Recording and Reporting.pdf, HSI map.pdf, Map NFOP AOR Feb 2020.pdf, Operation Palladium – Att 1_Feb 21 2020.docx, Att. 3 - Saravia Flow Chart (Updated Feb. 20 2020).pdf, Att. 5 - ERO Language Services Resource Flyer.pdf, Att. 4 - Designation of caregiver.docx, Operation Palladium Att 2_Feb 21 2020.docx |
| Importance: | High |

Thank you everyone for your participation today and thank you for being flexible throughout this process with all of the changes.

**Please see the updates from the Fugitive Operations Conference Call (February 21, 2020).** Palladium is an administrative assignment record of having HSI as a force multiplier.

- **For processing purposes, Cross Check 2020 will be the processing code for all at-large arrests.**
- The updated Palladium Op Plan will forthcoming
- Please see new Attachments 1 – 5 which will be appendices to the Palladium Op Plan

What is the same?

- We are ending rolling ops in the surge 7 AORs and continuing them in 17 AORs;
- We are still doing weekly reporting and egregious writeups

   **JRFMU Contacts:**
   Juvenile and Family Residential Management Unit (JFRMU) - (b)(7)(E)@ice.dhs.gov

   Our mailbox is checked regularly by one of our staff officers.

   If assistance is needed immediately, after hours, or during the weekend please call the JFRMU duty line at 202-893-(b)(7)(E)

   To reach one of the National Juvenile Coordinators directly, see below:

   DDO (b)(6); (b)(7)(C)

   Section Chief (b)(6); (b)(7)(C)

   Unit Chief (b)(6); (b)(7)(C)

Should you have any additional questions, please contact your NFOP POC or send an email to: FUGOPS.HQERO (b)(7)(E)

*******************************************************************************************************************

The next stage in supporting At-Large arrests will be the upcoming **Operation Palladium** that will start on Monday February 24th, 2020.

• Operation Palladium will run throughout the remainder of the calendar year 2020.
• It will consist of an additional (b)(5) HSI Agents that will be working with our At-Large teams in every AOR.
• There will be (b)(5) ERO-AORs that will have (b)(5); (b)(7)(E) + HSI Agents assigned.
  • (b)(5); (b)(7)(E)
• For those seven AORs you will no longer be required to conduct Rolling Ops.
• You will continue with At-Large enforcement throughout the year with a constant push to follow up on all leads.
• For the remaining AORs you will be assigned (b)(5); (b)(7)(E) HSI Agents to work with your At-Large teams.
• These (b)(5) AORs will still be required to conduct rolling operations during the scheduled week.
• We received the number of Special Agents from HSI for each AOR. This will be in the attachment to the Op Plan.
  • Processing instructions will also be attached to the Op Plan.
• Our goal from here is to set up the basic framework and let the FOD's and SAC's work out the logistics at the local level, as you guys know your AOR's best.
• HSI will be providing us the list of their Operations Managers by COB Friday, February 21, 2020 and ERO will be forwarding the local ERO POC's to HSI as well.
• (b)(5); (b)(7)(E)
(b)(5); (b)(7)(E)
• (b)(5); (b)(7)(E)

**Scope:**
The objective of *Operation Palladium* is to apply an organized, methodical approach to the identification, location, and arrest of illegal aliens using Homeland Security Investigations (HSI) and Customs and Border Protection (CBP) Agents as a surge force within seven U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Field Office's.

**Op Plan:**
The Op Plan for Operation Palladium is under review and will be disseminated to the field on Friday or sooner. It's currently with OPLA.

**Leads:**
(b)(7)(E)

Field Offices can contact the LESC telephonically during at-large operations for support at 802 (b)(5); (b)(7)(E)
LESC uses a (b)(5); (b)(7)(E) for ICE officers and agents. Any officers who need to establish a (b)( ahead in anticipation of an at large operation can do so by either calling the number above.

Should a Field Office desire to have [(b)(5); (b)(7)(E)] established for a significant number of staff, they can send the list to Deputy Director [(b)(6); (b)(7)(C)] via outlook for vetting.

**Target Lists:**
The field office's consolidated target list, local operation plan, breakdown of personnel and any additional LEAs taking part in At-large operations will be due to the NFOP mailbox by: 1500 hours two weeks prior to the commencement date of your operation. ( Ensure you continue to Cc: the NCATC_Duty, Officer mailbox when submitting the target list.)
- Target lists must Cross Check 2020 as applicable.

**Processing:**
- Operation Code: [(b)(5); (b)(7)(E)]
- Event Type: [(b)(5); (b)(7)(E)]
- Arrest Type: [(b)(5); (b)(7)(E)]

**Reporting:**
Weekly, the following will be submitted to the **HQERO, FUGOPS mailbox by 1500 hours each Thursday of the operation.**
1. Daily Apprehension Logs after being reviewed by a supervisor for accuracy of information.
    - Reports are cumulative and must capture all operation arrests for the duration of the of the field office's operation period.

2. Egregious write-ups, please forward weekly during the operating period.