# EXHIBIT 8

| | |
|---|---|
| **From:** | (b)(6); (b)(7)(C) |
| **Sent:** | 24 Feb 2020 15:42:30 +0000 |
| **To:** | HQERO, FUGOPS;NCATC_Duty, Officer |
| **Cc:** | (b)(6); (b)(7)(C) |
| **Subject:** | RE: Op Palladium plan |
| **Attachments:** | ERO Newark Operation Palladium Plan (ERO HSI OPLA Reviewed) v3 - Final 2-22-2020.docx, FNE Op Palladium FOD signature page.pdf, FNE Op Palladium -Team Breakdown.xls, FNE target list rolling Cross Check ops 2-24 to 2-29.xlsx, Op Palladium Personnel_HSI Newark assignments.xlsx |

Attached is the Newark Field Office's Palladium Op Plan, FOD signed signature page, and LEA breakdown. Also attached is the rolling Cross Check target list for this week (2-24 to 2-29).

Thank you,

(b)(6); (b)(7)(C)
**Assistant Field Office Director**
**Fugitive Operations**
**ICE-Enforcement & Removal Operations**
**Newark Field Office**
**970 Broad Street – 11th Floor**
**Newark, NJ 07102**
**(973) 776-**(b)(6); (b)(7)(C) **(office)**
**(973) 332-**(b)(6); (b)(7)(C) **(cell)**

---

**From:** HQERO, FUGOPS <(b)(7)(E)@ice.dhs.gov>
**Sent:** Saturday, February 22, 2020 10:22 AM
**To:** HQERO, FUGOPS <(b)(7)(E)@ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; [many recipients redacted]

(b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>

**Subject:** Op Palladium plan
**Importance:** High

Good morning,

Please see the Operation Palladium Op Plan and attachments.

FOT POCs, please review and return with your FOD's signature to (b)(7)(E) @ice.dhs.gov. If you have any questions, please feel free to call me at 202-345-(b)(6);(b)(7)(C)

*Thank you,*

(b)(6); (b)(7)(C)

Section Chief
Department of Homeland Security
National Fugitive Operations Program
Fugitive Operations & ERO Special Response Teams
500 12th Street SW
Washington, D.C. 20536
(b)(6); (b)(7)(C) @ice.dhs.gov
(202) 732-(b)(6); (office)
(202) 345-(b)(7)(C) (cell)



*If you want to want to enjoy the rainbow, be prepared to endure the storm.*
.