# EXHIBIT 9

(b)(6);(b)(7)(C)

**From:** (b)(6);(b)(7)(C)
**Sent:** Thursday, August 24, 2017 7:38 AM
**To:** (b)(6);(b)(7)(C)
**Subject:** RE: Cross Check VII - MEGA – Sunday, September 17 through Thursday, September 21, 2017

Do you want the dates below tracked or is (b)(6);(b)(7)(C) handling it directly?

**From:** ERO Taskings
**Sent:** Wednesday, August 23, 2017 4:07 PM
**Subject:** Cross Check VII - MEGA – Sunday, September 17 through Thursday, September 21, 2017

*This message is sent on behalf of* (b)(6);(b)(7)(C) *Acting Assistant Director for Enforcement, with the concurrence of* (b)(6);(b)(7)(C)*, Acting Assistant Director for Field Operations:*

**To:** Field Office Directors, Deputy Field Office Directors, and Assistant Field Office Directors for Fugitive Operations

**Subject:** Cross Check VII - MEGA – Sunday, September 17 through Thursday, September 21, 2017

(b)(5);(b)(7)(E)

1

FODs will ensure the below items are submitted by the dates/times listed:



*Operation plans submitted from the field will only be accepted in word format. Only the signature page should be scanned and sent as a separate document.

Each field office is responsible for the below number of targets.

(b)(7)(E)

(b)(7)(E)

For further information, please contact National Fugitive Operations Program (NFOP) Unit Chief (b)(6);(b)(7)(C) at (202) 732-(b)(6) or **via email**, the NFOP point-of-contact for your AOR, or the (b)(7)(E) mailbox. Emails concerning this operation should contain (b)(7)(E) in the subject line.

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message from your system.