# EXHIBIT 10

| | |
|---|---|
| From: | (b)(6); (b)(7)(C) |
| Sent: | 25 Feb 2020 22:13:49 +0000 |
| To: | (b)(6); (b)(7)(C) |
| Subject: | FW: Information regarding ERO surge |
| Importance: | High |

See below and please let me know of any extended military leave or anything else that would be a conflict for these dates. (b)(5)

Just so you know, I have heard that you have been doing a great job over there and I have relayed that to (b)(6);. We appreciate all your effort and professionalism on this.

Thanks,
(b)(6);

**From:** (b)(6); (b)(7)(C)
**Sent:** Tuesday, February 25, 2020 4:59 PM
**To:** (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)

**Cc:** (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)

**Subject:** Information regarding ERO surge
**Importance:** High

Good evening Group Supervisors,

ERO has initiated Operation Palladium, an ERO surge to identify, arrest, and remove removable aliens who present a danger to national security or are a risk to public safety, as well as those who entered the United States illegally or otherwise undermine the integrity of immigration laws and border control efforts. HSI New York is required to provide 30 HSI Special Agents to be TDY to ERO New York from February 24- December 31, 2020. Although the initial period of this surge, corresponds with Operation Cross Check 2020, operations will continue through the remainder of the calendar year. ERO will develop ongoing lists of aliens to be targeted, who are amendable to removal from the U.S.

Those HSI Special Agents who will be assigned to Operation Palladium should have received notice from their chain of command and/or ERO personnel. Special Agents will be assigned to an ERO team and will be under the daily operational supervision of a Supervisory Detention & Deportation Officer.

Those personnel who were initially assigned to a 30 day TDY will remain in TDY status to ERO New York until March 15. On March 15, and at six-week intervals thereafter, HSI personnel assigned to Operation Palladium may, at the discretion of the Assistant Special Agent in Charge of their division, be replaced on this TDY by another HSI Special Agent.

TDY cycles will be as follows:
  A. 2/10- 3/14
  B. 3/15- 4/25
  C. 4/26- 6 /6
  D. 6/7- 7/18
  E. 7/19- 8/29



**Subject:** FW: Operation Palladium Updates
**Importance:** High

Team,

Please view and share this e-mail and all attachments with those that have a need-to-know.

Effective immediately, please use operation code: **Cross Check 2020** for all arrests until December 31, 2020.

I have received the HQ approved FOD OP Plan template and will disseminate once complete.

**TASKING:**

- *Due by NLT COB, Wednesday, February 26, 2020*
- Send to (b)(6); (b)(7)(C) @ice.dhs.gov; (b)(6); (b)(7)(C) @ice.dhs.gov
- Please provide any and all targets that you have utilizing the attached **SFR TARGET LIST (OP PALLADIUM)**. How many? ▇ per team and updated on a weekly basis. If you didn't arrest a target from the previous list just leave it on and add/remove arrested targets to maintain the required ▇ per team minimum.
- We have approximately 25K cases. AFOD ▇ provided a list (ATD/Non-Detained/FUG/At-large) for our AOR that will be sent to you in a separate e-mail.
- Do **_NOT_** use any previous versions as this is the current approved version.

| From: | [redacted] |
| --- | --- |
| Sent: | 21 Feb 2020 20:32:13 +0000 |
| To: | [redacted] |
| Cc: | [redacted] |
| Subject: | FW: ERO Los Angeles target list |
| Attachments: | ERO Los Angeles - Operation Palladium- HQ Target list.xlsx |

All,

For some clarification, any list received for the Palladium operation is to be DAS's by the AOR's respective DDO or backup and returned to the field from the duty box. Please ensure your signature is on the email.

Target lists related to the 2020 cross check operation will be handled by DDO [redacted] through the current established process.

Hope this clears things up a bit. Please let us know if you have any questions.

Thanks,

[redacted] | Unit Chief | SFI | SDTI
DHS | USICE | ERO | Targeting Operations Division
National Criminal Analysis and Targeting Center (NCATC)
802-951-[redacted] Office
802-310-[redacted] Cell

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message from your system.

**From:** [redacted]@ice.dhs.gov>
**Date:** Friday, Feb 21, 2020, 2:08 PM
**To:** HQERO, FUGOPS <FUGOPS.HQERO@ice.dhs.gov>, NCATC_Duty, Officer <Officer.NCATC_Duty@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>, [redacted]@ice.dhs.gov>, [redacted]@ice.dhs.gov>, [redacted]@ice.dhs.gov>, [redacted]@ice.dhs.gov>
**Subject:** ERO Los Angeles target list

Good afternoon,

Please see the attached target list for ERO Los Angeles. (b)(5) [redacted] Additionally, these targets will be targeted starting on Monday, February 24, 2020.

Thank you,

[redacted]
Assistant Field Office Director
Immigration and Customs Enforcement
ERO Los Angeles
(213)830-[redacted] Office
(602)723-[redacted] Mobile