# EXHIBIT 11

**Operation Palladium – HSI Special Agent in Charge Assignments to ERO Field Offices**

(b)(5)

(b)(7)(E)

**Superseding Processing Guidelines for "Rolling Operations" and Operation Palladium**

(b)(5)

**"Rolling Operations" and Operation Palladium:**

(b)(7)(E)