# EXHIBIT 13

# Fourth Amendment Refresher Training



**Office of the Principal Legal Advisor**

**Revised January 2020**

Attorney Work Product/For Review Only/Not For Distribution

2021-ICLI-00017  1127

# Impact of Fourth Amendment Violations on ICE Operations



(b)(5)

Attorney Work Product/For Review Only/Not For Distribution



U.S. Immigration
and Customs
Enforcement

# ICE

# The Fourth Amendment

- (b)(5)

- (b)(5)



The right of the people TO BE SECURE IN THEIR PERSONS, HOUSES, PAPERS, AND EFFECTS, AGAINST UNREASONABLE SEARCHES AND SEIZURES, SHALL NOT BE VIOLATED, AND NO WARRANTS SHALL ISSUE, BUT UPON PROBABLE CAUSE, SUPPORTED BY OATH OR AFFIRMATION, AND PARTICULARLY DESCRIBING THE PLACE TO BE SEARCHED, AND THE PERSONS OR THINGS TO BE SEIZED.



U.S. Immigration
and Customs
Enforcement



# Motions to Suppress

(b)(5)

- 
- 





# *Bivens* Liability

(b)(5)



Attorney Work Product/For Review Only/Not For Distribution


U.S. Immigration
and Customs
Enforcement

# *Giglio* Impairment



(b)(5)



U.S. Immigration
and Customs
Enforcement

Attorney Work Product/For Review Only/Not For Distribution
2021-ICLI-00017   1132

6

# ICE

## Negative Media Coverage and Social Media








U.S. Immigration and Customs Enforcement

# Negative Media Coverage and Social Media

(b)(5); (b)(7)(E)


U.S. Immigration
and Customs
Enforcement

# Request for Officer Identification

(b)(5)

- 

Attorney Work Product/For Review Only/Not For Distribution



U.S. Immigration
and Customs
Enforcement



# Disruptive Protestors



(b)(5)

Attorney Work Product/For Review Only/Not For Distribution


U.S. Immigration
and Customs
Enforcement

2021-ICLI-00017   1136



# Disruptive Protestors

(b)(5)





# Disruptive Protestors

(b)(5)



# Disruptive Protestors

(b)(5)

- 
- 
- 



# Disruptive Protestors – Scenario 1

- (b)(5)

- 


U.S. Immigration and Customs Enforcement

# Disruptive Protestors – Scenario 2



(b)(5)



Attorney Work Product/For Review Only/Not For Distribution

(b)(5)

Attorney Work Product/For Review Only/Not For Distribution



# Government Action – Scenario

(b)(5); (b)(7)(E)

- 

- 



# What Constitutes a Search?



(b)(5)

Attorney Work Product/For Review Only/Not For Distribution



**ICE**

U.S. Immigration
and Customs
Enforcement

ICE

(b)(5)

(b)(5)



Attorney Work Product/For Review Only/Not For Distribution

ICE

(b)(5)

(b)(5)



Attorney Work Product/For Review Only/Not For Distribution

# ICE

## *There's no place like home!*

(b)(5)





U.S. Immigration and Customs Enforcement

# What Constitutes a Seizure?



(b)(5)



U.S. Immigration and Customs Enforcement

# Seizure – Scenarios



Attorney Work Product/For Review Only/Not For Distribution



# Seizure – Scenarios

(b)(5)


U.S. Immigration
and Customs
Enforcement

# Exceptions to the Warrant Requirement

(b)(5)

Attorney Work Product/For Review Only/Not For Distribution

# ICE

## The Fourth Amendment and Fugitive Operations

- (b)(5)



U.S. Immigration
and Customs
Enforcement

# Surveillance – Scenarios

(b)(5)

- ▪

Attorney Work Product/For Review Only/Not For Distribution
2021-ICLI-00017  1153



U.S. Immigration
and Customs
Enforcement



# Ruses – Scenario

- (b)(5); (b)(7)(E)


U.S. Immigration
and Customs
Enforcement

# Use of Technology



(b)(5)



U.S. Immigration
and Customs
Enforcement

# **Use of Technology**

- (b)(5); (b)(7)(E)



U.S. Immigration
and Customs
Enforcement

# Conducting an Arrest at a Home/Dwelling



- (b)(5)

-

-

-



# "Knock and Talk" Rules



(b)(5)



# Approaching a Home: Curtilage



(b)(5)

Attorney Work Product/For Review Only/Not For Distribution



U.S. Immigration
and Customs
Enforcement

# Curtilage – Scenario 1

(b)(5)

- 

(b)(5)

- 



U.S. Immigration
and Customs
Enforcement

# Curtilage – Scenario 2

- (b)(5)



# ICE

## Curtilage - Implied License

(b)(5)

- 
- 



(b)(5)




U.S. Immigration
and Customs
Enforcement

# Curtilage - Implied License



(b)(5)



# Knock and Talk:
# Consent to Enter/Search



(b)(5)

Attorney Work Product/For Review Only/Not For Distribution



U.S. Immigration
and Customs
Enforcement

# Consent: Authority

(b)(5)


U.S. Immigration
and Customs
Enforcement

# Consent: Authority



(b)(5)



**ICE**

(b)(5)

- 

- 



# Consent: Was it Voluntary?

- (b)(5)



# Consent: Was it Voluntary? Scenarios



(b)(5)


U.S. Immigration and Customs Enforcement

Attorney Work Product/For Review Only/Not For Distribution

# Consent: Ruses





(b)(5)



Attorney Work Product/For Review Only/Not For Distribution

# Consent: Ruses

- 

(b)(5)


U.S. Immigration
and Customs
Enforcement

# Consent: Ruses – Scenarios

- (b)(5)

Attorney Work Product/For Review Only/Not For Distribution

# Consent: Timing and Positioning Matters



(b)(5)

ICE


U.S. Immigration
and Customs
Enforcement



# Consent: Best Practices

(b)(5)

- 
- 



# Consent: Scope and Withdrawal



(b)(5)

U.S. Immigration
and Customs
Enforcement

# Consent: Scope and Withdrawal Scenarios



(b)(5)



# Protective Sweep



(b)(5)

- 
- 

Attorney Work Product/For Review Only/Not For Distribution



U.S. Immigration
and Customs
Enforcement

# Protective Sweep

(b)(5)

# Protective Sweep – Scenarios



- 
- 
- 



U.S. Immigration
and Customs
Enforcement



# *Perez Cruz v. Barr*
# *(9th Cir. June 13, 2019)*

- ICE executed a search warrant for employment records at a factory – this was a worksite case – during which all workers, including *Perez Cruz,* were detained and segregated for questioning about alienage.

- While detained and questioned, *Perez Cruz* admitted to lacking lawful immigration status.

- **Result:** Evidence suppressed, case terminated. The court held that ICE violated 8 C.F.R. § 287.8(b)(2) and the 4th Amendment by detaining and questioning *Perez Cruz* without "reasonable suspicion, based on specific articulable facts, that the person being questioned is, or is attempting to be, engaged in an offense against the United States or is an alien illegally in the United States."

- (b)(5)



U.S. Immigration
and Customs
Enforcement

# ICE

(b)(5)

U.S. Immigration
and Customs
Enforcement

# *Perez Cruz v. Barr: Key Points*

- (b)(5)

- 





(b)(5)

Attorney Work Product/For Review Only/Not For Distribution



# What Can You Do? (Cont'ed)



(b)(5)

- 

- 

Attorney Work Product/For Review Only/Not For Distribution



U.S. Immigration
and Customs
Enforcement

# Exigent Circumstances: Emergency Aid and Officer Safety

- (b)(5)



Attorney Work Product/For Review Only/Not For Distribution

# Exigent Circumstances:
# Emergency Aid and Officer Safety



- (b)(5)


U.S. Immigration
and Customs
Enforcement

# Plain View Seizure

(b)(5)

- 
- 
- 

Attorney Work Product/For Review Only/Not For Distribution



# Out and About: Street Arrests

- (b)(5)

U.S. Immigration
and Customs
Enforcement

# Consensual Conversation –





U.S. Immigration
and Customs
Enforcement

# *Terry* Stop



(b)(5)



# *Terry* Stop


(b)(5)



# ICE

## *Terry* Stop –

(b)(5)

(b)(5)



U.S. Immigration
and Customs
Enforcement

# ICE

## *Terry* Stop –

(b)(5)



(b)(5)



U.S. Immigration
and Customs
Enforcement

# *Terry* Stop – (b)(5)

(b)(5)

- 
- 
- 


U.S. Immigration
and Customs
Enforcement

# Vehicle Stops – (b)(5)

(b)(5)

- 
- 
- 



# Vehicle Stops –

(b)(5)

(b)(5)

(b)(5)



U.S. Immigration and Customs Enforcement

# *Terry* Frisk



(b)(5)



# Exigent Circumstances: Hot Pursuit

(b)(5); (b)(7)(E)

- 
- 


U.S. Immigration
and Customs
Enforcement

# Search Incident to Arrest

(b)(5)

- 
- 
- 



U.S. Immigration
and Customs
Enforcement

# Search Incident to Arrest

- (b)(5)

# Search Incident to Arrest: Cell Phones



(b)(5)



U.S. Immigration
and Customs
Enforcement

# Search Incident to Arrest: Vehicles

(b)(5)

Attorney Work Product/For Review Only/Not For Distribution


U.S. Immigration
and Customs
Enforcement

# Vehicle Inventory

- (b)(5)

-



# ICE

# QUESTIONS?



(b)(5)



U.S. Immigration
and Customs
Enforcement



**Fourth Amendment Refresher Training**
**Instructor Notes (Revised Jan. 2020)**

| Slide No. | Notes |
|---|---|
| 1 | (b)(5) |
| 2 | |
| 3 | |
| 4 | |

2021-ICLI-00017   1207

(b)(5)

5

2021-ICLI-00017   1208

(b)(5)

2021-ICLI-00017   1209

(b)(5)

6

7

4

(b)(5)

| 8 |
|---|
| 9 |
| 10-12 |

(b)(5)

(b)(5)

13

(b)(5)

14

15

16

2021-ICLI-00017   1214

| 17 | (b)(5) |
|----|--------|

(b)(5)

18

2021-ICLI-00017   1216

(b)(5)

19

20

2021-ICLI-00017   1217

(b)(5)

21

2021-ICLI-00017   1218

(b)(5)

22

13

(b)(5)

(b)(5)

23

24

15

(b)(5)

25

26

27

16

(b)(5); (b)(7)(E)

28

29 | (b)(5); (b)(7)(E)

2021-ICLI-00017   1224

(b)(5); (b)(7)(E)

| 30 | |
| 31 | |
| 32 | |

(b)(5); (b)(7)(E)

warrantless "nighttime entry into a home" to arrest an individual for non-criminal, non-

(b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

31

2021-ICLI-00017  1228

| 34 | (b)(5); (b)(7)(E) |
| 35 | |

(b)(5); (b)(7)(E)

36

(b)(5); (b)(7)(E)

37

(b)(5); (b)(7)(E)

38

2021-ICLI-00017   1232



(b)(5); (b)(7)(E)

39

2021-ICLI-00017   1233

(b)(5); (b)(7)(E)

40 | (b)(5); (b)(7)(E)

2021-ICLI-00017   1235

(b)(5); (b)(7)(E)

30

(b)(5); (b)(7)(E)

2021-ICLI-00017   1237

(b)(5); (b)(7)(E)



(b)(5); (b)(7)(E)

41

42

33

(b)(5); (b)(7)(E)

43



34

| 44 | (b)(5); (b)(7)(E) |

(b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

(b)(5); (b)(7)(E)

2021-ICLI-00017   1245

(b)(5); (b)(7)(E)

45

46

47

2021-ICLI-00017   1246



(b)(5); (b)(7)(E)

48

2021-ICLI-00017   1247

(b)(5); (b)(7)(E)

2021-ICLI-00017   1248

| | (b)(5); (b)(7)(E) |
|---|---|
| 49 | |

2021-ICLI-00017   1249

(b)(5); (b)(7)(E)

2021-ICLI-00017   1250

(b)(5); (b)(7)(E)



(b)(5); (b)(7)(E)

50

51-52

(b)(5); (b)(7)(E)

2021-ICLI-00017   1253

(b)(5); (b)(7)(E)

2021-ICLI-00017   1254



| 53 | (b)(5); (b)(7)(E) |
| 54-58 | |

2021-ICLI-00017   1255

(b)(5); (b)(7)(E)

50

(b)(5); (b)(7)(E)

59

(b)(5); (b)(7)(E)

2021-ICLI-00017   1258

(b)(5); (b)(7)(E)

2021-ICLI-00017   1259

(b)(5); (b)(7)(E)

60

61

2021-ICLI-00017   1260

(b)(5); (b)(7)(E)

62

63

(b)(5); (b)(7)(E)

64-65

2021-ICLI-00017   1262



(b)(5); (b)(7)(E)

66

2021-ICLI-00017   1263

| | (b)(5); (b)(7)(E) |
|---|---|
| 67 | |
| 68 | |

(b)(5); (b)(7)(E)

69 | (b)(5); (b)(7)(E)

2021-ICLI-00017   1266

(b)(5); (b)(7)(E)

70

2021-ICLI-00017   1267

| 71 | (b)(5); (b)(7)(E) |
|----|-------------------|
| 72 | |

62

(b)(5); (b)(7)(E)

73

| 74-75 | (b)(5); (b)(7)(E) |

2021-ICLI-00017  1270



(b)(5); (b)(7)(E)

76

| | (b)(5); (b)(7)(E) |
|---|---|
| 77 | |

(b)(5); (b)(7)(E)

| | |
|---|---|
| | (b)(5); (b)(7)(E) |
| 78 | |
| 79 | None. |
| 80 | None. |