# EXHIBIT 17

**US Immigration and Customs Enforcement**
**Homeland Security Investigations Training**

## HSI Academy



# PHYSICAL SURVEILLANCE
# 2108106

## Student Guide

# HSI Special Agent Training

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). This contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.G. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, to anyone outside the ICE Academy, or to other personnel who do not have a valid "need-to-know" without prior approval of the ICE Office of Training and Development Assistant Director or his designee.


# Physical Surveillance

## Motivation

As the duty agent at New York's JFK you respond to a CBP call regarding a Pakistani national passenger arriving on an international flight who is in secondary. On arrival at the CBP office you are advised by a CBP Officer that during the secondary inspection a search of the inside of the passenger's luggage indicated an anomaly. Further search of the luggage revealed hidden inside the lining a handwritten map of the New York City financial district. Several buildings were circled on the map. How would you handle this situation?

## Objectives

### Terminal Performance Objective (TPO)

**Conditions:** Given a set of case-related facts, area maps, and equipment,
**Behavior:** design, execute, and document surveillance in support of an investigation
**Criterion:** in accordance with the items on the Surveillance Checklist.

### Enabling Performance Objectives (EPOs)

**EPO 1:**
**EPO 2:**
**EPO 3:**
**EPO 4:**
**EPO 5:**
**EPO 6:**

(b)(7)(E)

## Review of the Past

In CITP, you have learned basic surveillance. Review the basic surveillance information in a manner that incorporates the unique challenges of HSI surveillance, where applicable. In addition, you have completed the HSI lesson on radio communications.

## Advance Organizer of Main Ideas

In this lesson, we will look into the three main phases involved with surveillance.

Planning, even if informal, is vital to any surveillance (b)(7)(E)

(b)(7)(E)



(b)(7)(E)

Next, we'll look at fundamental techniques that apply to physical surveillance.

Finally, your best surveillance efforts mean nothing unless they are properly documented.

## Agenda

The lesson covers the following elements of surveillance:

- (b)(7)(E)
-
-
-
-
-



# INSTRUCTION

## Explanation

**A.      EPO #1: Plan for a surveillance activity.**

(b)(7)(E)



(b)(7)(E)


(b)(7)(E)



HSI Academy

(b)(7)(E)

HSISAT: Physical Surveillance Student Guide
APRIL 2020                    For Official Use Only                    Page 7

2021-ICLI-00017    376


(b)(7)(E)

2021-ICLI-00017    377


(b)(7)(E)

**Notes:**

**B.** (b)(7)(E)


(b)(7)(E)



HSI Academy

**Notes:**

(b)(7)(E)



(b)(7)(E)

**Notes:**

(b)(7)(E)


(b)(7)(E)



(b)(7)(E)

**Notes:**

(b)(7)(E)


(b)(7)(E)


(b)(7)(E)


(b)(7)(E)



HSI Academy

(b)(7)(E)



(b)(7)(E)


(b)(7)(E)



(b)(7)(E)

**Notes:**

(b)(7)(E)



(b)(7)(E)

**Notes:**


(b)(7)(E)

**Notes:**


(b)(7)(E)


(b)(7)(E)

**Notes:**



# Demonstration

The instructor will present typical surveillance scenarios and lead discussions about the application and adaptation of physical surveillance planning and methods to those likely situations. To illustrate the various surveillance tactics and methods, the instructor selects an area on the Danis City site map and discusses how a surveillance team would respond to various situations.

## Demonstration #1

(b)(7)(E)

## Demonstration #2

(b)(7)(E)

## Demonstration #3

(b)(7)(E)


(b)(7)(E)

## Student Practice

You will be working in groups. You will need a map of the Danis City Tactical Training Village and a scenario. The scenario is in three parts. Each group works with the same scenario. You will complete sections of the Operation Plan as appropriate to the scenario. There is a copy of the Operation Plan form at the end of the Student Guide. *If possible complete the Operational Plan in ICM.*

During the debriefing, your group will compare your plan with the implementation of the to the other groups. The instructor will lead a discussion of the similarities and differences.

Complete the sections of the Operation Plan as appropriate to the scenario:

(b)(7)(E)

### Scenario – Part A

(b)(7)(E)



(b)(7)(E)

### Scenario – Part B

(b)(7)(E)

### Scenario – Part C

(b)(7)(E)

## Homework Assignment

### Scenario

(b)(7)(E)



# CONCLUSION

## Summary of Main Ideas

Surveillance is a valuable tool in HSI's investigative activities. As you've learned (b)(7)(E)

(b)(7)(E)

(b)(7)(E)

## Integration

(b)(7)(E)

## Objectives

Let's recap quickly the skills you have learned here today:

- (b)(7)(E)
- 
- 
- 
- 
-


## Motivation

Basic surveillance techniques are necessary to carefully collect investigative intelligence, without compromising the investigation and agent safety. Intelligence collected through surveillance can be crucial in determining and proving violations of law.

## Test or Final Activity

The test for the Physical Surveillance lesson occurs during Practical Exercise 1 and is evaluated as a group. The physical surveillance is part of a weighted final examination. Instructors use a checklist to evaluate important aspects of the planning, preparation, note-taking, and debriefing surveillance.



# Attachment

**Surveillance Terminology and Definitions:**

(b)(7)(E)


(b)(7)(E)