May 13, 2022

The Honorable J. Ronnie Abrams
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

*Filed via ECF*

**RE:** *Immigrant Defense Project, et al. v. U.S. Dep't of Homeland Sec., et al.*,
No. 20-CV-10625 (RA) Joint letter of the Parties

Dear Judge Abrams:

The parties respectfully submit this joint letter to the Court.

On May 2, Plaintiffs submitted their cross-motion for summary judgment and reply to Defendants' motion for summary judgment. Dkt. Nos. 48-51. The parties have since conferred and write with the following update for the Court. In Plaintiffs' cross-motion, they challenge the adequacy of the searches by named Defendant Department of Homeland Security ("DHS") and all of its sub-agencies and components; this includes one its main sub-agencies U.S. Customs and Border Protection ("CBP"). Plaintiffs also challenge the adequacy of the searches by named Defendant U.S. Immigration and Customs Enforcement ("ICE").

The parties had previously discussed the adequacy of search by Defendant DHS of its Headquarters (referred to as "Headquarters" or "HQ" in Plaintiffs' summary judgment motion), and due to a miscommunication between the parties, DHS did not understand its search to be at issue in this litigation. *See* Dkt. No. 47, at 3 n.1. The parties have since resolved the HQ aspect of DHS's search and agree that Plaintiffs' challenge to DHS's search on these cross-motions concerns only DHS's decision not to refer the FOIA request to CBP for a search and CBP's subsequent failure to search. With respect to Defendant ICE, there has been no change to the parties' respective positions.

Because DHS needs time to prepare a declaration in this matter, and with the consent of Plaintiffs, Defendants respectfully request that the Court modify the briefing schedule as follows:

- Defendants' brief in opposition to Plaintiff's cross-motion and reply in further support of Defendants' motion due May 27, 2022; and
- Plaintiffs' reply brief due June 13, 2022.

1

Respectfully submitted,

| | |
|---|---|
| /s Ghita Schwarz[1] | DAMIAN WILLIAMS |
| GHITA SCHWARZ | United States Attorney |
| LatinoJustice | |
| 475 Riverside Drive, Suite 1901 | By:  /s Anthony J. Sun |
| New York, NY 10015 | ANTHONY J. SUN |
| gschwarz@latinojustice.org | Assistant United States Attorney |
| | 86 Chambers Street, 3rd Floor |
| /s Andrew Wachtenheim | New York, NY 10007 |
| ANDREW WACHTENHEIM | anthony.sun@usdoj.gov |
| Immigrant Defense Project | |
| 121 Sixth Avenue #6 | |
| New York, NY 10013 | |
| andrew@immdefense.org | |

/s Elsa Mota
ELSA MOTA
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
emota@ccrjustice.org


Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
05/17/2022

---

[1] Consent for signature for Plaintiffs' counsel obtained pursuant to S.D.N.Y. ECF Rule 8.5(b).