# EXHIBIT 19

**From:** (b)(6); (b)(7)(C)
**Sent:** 19 Feb 2020 02:52:12 +0000
**To:** (b)(6); (b)(7)(C)
**Subject:** FW: New EAGLE Op Code - Operation Palladium

Operation Palladium has been added as an Op Code.
Thanks.

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Tuesday, February 18, 2020 9:49 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) @ice.dhs.gov>; ICE LESA TASKING (b)(7)(E) @ice.dhs.gov>; (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: New EAGLE Op Code - Operation Palladium

Hi (b)(6); (b)(7)(C)

Operation Palladium has been added to the (b)(7)(E).
Thanks,

(b)(6); (b)(7)(C)
**Detention and Deportation Officer**
**U.S. Immigration and Customs Enforcement / ERO**
**Law Enforcement Systems and Analysis**
**Office:** 202-732-(b)(6); (b)(7)(C)
**Mobile:** 202-360-(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Friday, February 14, 2020 3:36 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov> (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) @ice.dhs.gov>; ICE LESA TASKING (b)(7)(E) @ice.dhs.gov>; (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: New EAGLE Op Code - Operation Palladium

Thank you for pointing that out. (b)(5)
(b)(5); (b)(6); (b)(7)(C)
(b)(5) And thanks all, on the new code.

(b)(6); (b)(7)(C)
**Unit Chief**
**U.S. Immigration and Customs Enforcement**
**Enforcement and Removal Operations**
**Fugitive Operations**
(504) 520-(b)(6); (b)(7)(C) [cell]
(b)(6); (b)(7)(C) @ice.dhs.gov

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Friday, February 14, 2020 3:32 PM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>
(b)(6); (b)(7)(C) @ice.dhs.gov>; ICE LESA TASKING (b)(7)(E) @ice.dhs.gov>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) @ice.dhs.gov
**Subject:** RE: New EAGLE Op Code - Operation Palladium



I'm off for two weeks; [redacted] will ensure the new operation is entered by February 19th.

Thanks,

[redacted]
Chief, Law Enforcement Systems and Analysis
ICE Enforcement and Removal Operations
202-732-[redacted] office)
202-497-[redacted] cell)

**From:** [redacted] @ice.dhs.gov>
**Sent:** Friday, February 14, 2020 2:12 PM
**To:** [redacted] @ice.dhs.gov>
**Cc:** [redacted] @ice.dhs.gov>; [redacted] @ice.dhs.gov>; ICE LESA TASKING [redacted] @ice.dhs.gov>
**Subject:** New EAGLE Op Code - Operation Palladium

Good afternoon [redacted] We need to stand up a new Op Code to support a new ICE effort. Please see attached for clarification and awareness on EAGLE codes regarding rolling operations, and the new complementary "Operation Palladium." [redacted]

[redacted] Thank you.

[redacted]
Unit Chief
U.S. Immigration and Customs Enforcement
Enforcement and Removal Operations
Fugitive Operations
(504) 520-[redacted] [cell]
[redacted] @ice.dhs.gov