# EXHIBIT 20

From: (b)(6); (b)(7)(C)
Sent: 14 Feb 2020 16:20:35 +0000
To: (b)(6); (b)(7)(C)
Cc:
Subject: FW: Operation Palladium Draft Con Ops 02 14 2020
Attachments: Operation Palladium Plan_02 14 2020.docx, Operation Palladium – Att 1.docx, Operation Palladium Att 2.docx

Hi TOD, per request - Current status. (b)(6); (b)(7)(C) is out today FYI.

I personally had no time to update you on the expansions since they broke late last night and needed to document the main intent for ERO.

We (b)(7)(E) did not mix in the detailed target categories from your Monday white paper into this plan but your work is recognized at the ICE front office already as part of the overall effort, based on traffic I saw today, and (b)(7)(E) is on board. Any questions please let me know and cc (a)AD (b)(6); (b)(7)(C) thanks.

(b)(6); (b)(7)(C)
Unit Chief
U.S. Immigration and Customs Enforcement
Enforcement and Removal Operations
Fugitive Operations
(504) 520-(b)(6); (b)(7)(C) [cell]
(b)(6); (b)(7)(C)@ice.dhs.gov

From: (b)(6); (b)(7)(C) @ice.dhs.gov>
Date: Friday, Feb 14, 2020, 11:12
To: (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) @ice.dhs.gov>
Cc: (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>
Subject: RE: Operation Palladium Draft Con Ops 02 14 2020

Please see updates attached. (b)(5)
(b)(5)

(b)(6); (b)(7)(C)
Enforcement
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Department of Homeland Security
500 12th Street SW | Washington, DC 20536 | 202-732-(b)(6); (b)(7)(C) (office) | 202-210-(b)(6); (b)(7)(C) (cell)
(b)(6); (b)(7)(C)@ice.dhs.gov Email
(b)(6); (b)(7)(C) dhs.sgov.gov SIPRnet
(b)(6); (b)(7)(C)@dhs.ic.gov JWICS

Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Friday, February 14, 2020 10:35 AM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Operation Palladium Draft Con Ops 02 14 2020

(b)(6); (b)(7)(C)

We're going to send you an updated version shortly. We noticed some errors and made some updates. We'll send that over to you along with the appropriate attachments.

**From:** (b)(6); (b)(7)(C) @ice.dhs.gov>
**Sent:** Friday, February 14, 2020 10:29 AM
**To:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Cc:** (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>; (b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** RE: Operation Palladium Draft Con Ops 02 14 2020

I had one comment on the operation plan but other than that it looks good from my perspective. You did not add attachment two but duplicated the operation plan when you sent it out. Please let me know when this is finalized so I can socialize it with AD (b)(6); (b)(7)(C)

Thanks

(b)(6); (b)(7)(C)
Deputy Assistant Director
Immigration and Customs Enforcement
Enforcement and Removal Operations
Domestic Operations, Eastern Operations
500 12th Street S.W. MS5201
Washington, D.C. 20536
(b)(6); (b)(7)(C) @ice.dhs.gov
(202) 732-(b)(6); (b)(7)(C) (Desk)

*With honor and integrity, we will safeguard the American people, our homeland, and our values.*