UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

IMMIGRANT DEFENSE PROJECT and CENTER FOR CONSTITUTIONAL RIGHTS,

                Plaintiffs,

                v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

                Defendants.

No. 20-cv-10625 (RA)

OPINION & ORDER

RONNIE ABRAMS, United States District Judge:

    Currently pending in this action are the parties' cross-motions for summary judgment. On November 21, 2022, the same plaintiffs—the Immigrant Defense Project and the Center for Constitutional Rights—filed a related FOIA action against the United States Customs and Border Protection and the United States Department of Homeland Security. *Immigrant Def. Project v. U.S. Customs & Border Prot.*, No. 22-cv-09920 (RA) ("*Immigrant Defense Project II*"). In both cases, the plaintiffs seek records related to an immigration enforcement initiative called "Operation Palladium."

    The parties shall appear for a conference on January 4, 2023 at 12:00 p.m. to discuss the extent of the overlap between the underlying FOIA requests in these two cases, and the effect, if any, that *Immigrant Defense Project II* has on the pending cross-motions for summary judgment in the instant case. The parties shall file a letter advising the Court whether they would like to

appear in person or telephonically for this conference. If the scheduled date and time is inconvenient for the parties, the parties shall confer and propose an alternate date.

SO ORDERED.

Dated:   December 19, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge